UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

  -against-                                  21-cv-466 (LAK)

LORENZO TORRES, et al.
              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>Trial Order</u>

        At the November 9, 2021 conference the Court scheduled the preferred trial start date as March 22, 2022. The Clerks Office jury calendar for the first quarter of 2022 has since been issued and the jury panel for this trial will be provided on Tuesday, March 29, 2022. On that date you must be ready to proceed with jury selection and the immediate commencement of trial starting at 9:30 AM.

        Counsel are responsible for being familiar with the Court's Covid 19 policies posted on the Court's website at https://www.nysd.uscourts.gov/covid-19-coronavirus; as well as any applicable state, and local requirements.

        Counsel will schedule an appointment with the courtroom deputy about 30 days in advance of trial date in order to familiarize themselves with the current jury selection procedures, the electronic courtroom evidence presentation system, and other logistical issues.

Dated: December 7, 2021

                                                               Lewis A. Kaplan
                                                     United States District Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 12/6/21]