```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

United States of America,

    v.

Lorenzo Torres (01),

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

21-CR-466-01 (LAK)

Copies mailed 3/18/25
Chambers of Judge Kaplan

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In his March 5, 2025 letter to the Court, defendant Lorenzo Torres requests appointment of counsel in order to file a motion for compassionate release. Attached is a blank financial affidavit form that the defendant must complete and submit to the Court before being considered for appointment of counsel.

SO ORDERED.

Dated:      March 18, 2025

                                                          Lewis A. Kaplan
                                           United States District Judge

SDNY
CJA 23
(Rev. 1/12)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

| IN THE UNITED STATES | ☐ DISTRICT COURT | ☐ COURT OF APPEALS | ☐ OTHER *(Specify below)* |
|---|---|---|---|

IN THE CASE OF

_____ v. _____

FOR _____

AT _____

LOCATION NUMBER

PERSON REPRESENTED *(Show your full name)*

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*    ☐ Felony    ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed?    ☐ Yes    ☐ No    ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed?    ☐ Yes    ☐ No
IF YES, how much does your spouse earn per month? $ _____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?    ☐ Yes    ☐ No
RECEIVED        SOURCES
IF YES, give the amount received and identify the sources
$ _____    _____
$ _____    _____
$ _____    _____

**CASH**
Do you have any cash on hand or money in savings or checking accounts?    ☐ Yes    ☐ No    IF YES, total amount? $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    ☐ Yes    ☐ No
VALUE        DESCRIPTION
IF YES, give value and description for each
$ _____    _____
$ _____    _____
$ _____    _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
___ Single
___ Married
___ Widowed
___ Separated or Divorced
Total No. of Dependents ___
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
*(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____    _____
SIGNATURE OF DEFENDANT        Date
(OR PERSON REPRESENTED)

☐ APPROVED    ☐ DENIED

_____
FD/CJA/RET. ATTORNEY    (PRINT)

_____    _____    _____
ASSISTANT UNITED STATES ATTORNEY (PRINT)    SIGNATURE OF JUDICIAL OFFICER    DATE