UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x

UNITED STATES OF AMERICA,

     -v-                                                21-CR-466-01 (LAK)

Lorenzo Torres,

               Defendant.

--------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/25

# ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court has approved the financial affidavit submitted by plaintiff in response to the March 18, 2025 Order (DI 110). Defendant Torres' motion for appointment of counsel (DI 109) to represent him in filing a motion for compassionate release or sentence reduction is granted.

       Accordingly, CJA attorney Jeffrey Pittell is appointed to assume representation of Lorezno Torres.

       SO ORDERED.

May 14, 2025

                                       Lewis A. Kaplan
                           United States District Judge